1  LARA R. SHAPIRO
2  (State Bar No. 227194)
   4145 Via Marina # 324
3  Marina del Rey, CA 90292
4  Telephone: (310) 577-0870
   Facsimile: (424) 228-5351
5  E-Mail: Shapiro.lara@gmail.com
6
7  *Of Counsel to*
   Lemberg & Associates LLC
8  A Connecticut Law Firm
   1100 Summer Street
9  Stamford, CT 06905
10 Telephone: (203) 653-2250
   Facsimile: (203) 653-3424
11
12 Attorneys for Plaintiff,
   Philip Hopkins
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Philip Hopkins, | Case No.: CV 10 4586 |
|---|---|
| Plaintiffs, | |
| vs. | [~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE |
| Nationwide Credit, Inc; and DOES 1-10, Inclusive, | |
| Defendants. | HON. ELIZABETH D. LAPORTE |

Based on the stipulation by the parties, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

IT IS SO ORDERED

Date: 05/20/2011



Hon. Judge Elizabeth D. Laporte

---

CV 10 4586 - 1 - [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE